**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CLEMENTE AYMAT,<br><br>                     Plaintiff,<br><br>                v.<br><br>COMCAST CABLE COMMUNICATIONS, LLC,<br><br>                     Defendant. | CIVIL ACTION<br><br>District Judge John J. Tharp, Jr.<br><br>Magistrate Judge Michael T. Mason<br><br>No. 1:17-cv-04896 |

**JOINT STIPULATION OF PLAINTIFF'S VOLUNTARY DISMISSAL**

Plaintiff, Clemente Aymat, and Defendant, Comcast Cable Communications, LLC ("Comcast"), hereby stipulate and agree that Plaintiff's claims are subject to the binding arbitration agreement found in Comcast's Agreement for Residential Services and that arbitration, and not this Court, is the proper forum for this dispute. Plaintiff hereby voluntarily dismisses this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: October 9, 2017                                 Respectfully submitted,

| | |
|---|---|
| /s/ *Nathan C. Volheim*<br>Nathan C. Volheim<br>**Sulaiman Law Group, Ltd.**<br>2500 South Highland Avenue, Suite 200<br>Lombard, Illinois 60148<br>Tel: (630) 568-3056<br>Fax: (630) 575-8188<br>nvolheim@sulaimanlaw.com<br><br>*Attorney for Plaintiff Clemente Aymat* | /s/ *Justin O. Kay*    (by consent)<br>Justin O. Kay (ARDC No. 6286557)<br>**Drinker Biddle & Reath LLP**<br>191 North Wacker Drive, Suite 3700<br>Chicago, IL  60606-1698<br>Tel:   (312) 569-1000<br>Fax:  (312) 569-3000<br>Justin.Kay@dbr.com<br><br>*Attorney for Defendant Comcast Cable Communications, LLC* |